# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTA N. ALTERISIO,** : | |
| : | C.A. No. 1:21-CV-01420-RGA |
| **Plaintiff,** : | |
| : | **TRIAL BY JURY DEMANDED** |
| v. : | |
| : | |
| **GATEWAY FOUNDATION, INC.,** : | |
| : | |
| **Defendant.** : | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, through the undersigned counsel, that this action was resolved by the parties and dismissed in its entirety, with prejudice.

| | |
|---|---|
| **Salmon Ricchezza Singer & Turchi LLP** | **The Poliquin Firm, LLC.** |
| */s/ Justin Callaway* | */s/ Ronald G. Poliquin* |
| Justin Callaway, Esq (DE#4974) | Ronald G. Poliquin, Esq (DE# 4447) |
| 222 Delaware Avenue, 11th Floor | 1475 S. Governors Ave. |
| Wilmington, Delaware 19801 | Dover, DE 19904 |
| (302) 655-4290 | (302)702-5501 |
| jcallaway@srstlaw.com | ron@poliquinfirm.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

**SO ORDERED** this _____ day of _____, 2023.

_____
JUDGE